# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JONATHON P. WERNER, | ) |
| | ) Case No.: 1:14-CV-6714 |
| Plaintiff, | ) |
| vs. | ) Hon. Judge Edmond E. Chang |
| | ) |
| NAVISTAR, INC. and | ) Magistrate Judge Maria Valdez |
| PLANETECHS, LLC d/b/a | ) |
| TRANSTECHS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, JONATHON P. WERNER, NAVISTAR INC., AND PLANETECHS, LLC d/b/a TRANSTECHS, hereby stipulate that this action is dismissed, without prejudice, and without the assessments of costs or attorneys' fees against either party. The parties hereby stipulate that this action is dismissed without prejudice with leave to reinstate on or before March 27, 2015. In the event a motion to reinstate is not filed on or before March 27, 2015, the case shall be deemed, without further order of the Court, to be dismissed with prejudice.

Date: February 12, 2015

Respectfully Submitted,

**JONATHON P. WERNER**  **NAVISTAR, INC. and**
 **PLANETECHS, LLC d/b/a TRANSTECHS**

/s/Peter L. Currie    /s/Melissa Siebert
*One of Plaintiff's Attorneys*    *[Electronically signed with Express Authorization]*

 /s/Thomas Michael Wilde
 *[Electronically signed with Express Authorization]*

1

Kathleen C. Chavez, Esq. (#6255735)
Robert M. Foote, Esq. (#03214325)
Peter L. Currie, Esq. (#06281711)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street
Suite #200
Geneva, Illinois 60134
Tel. No.: (630) 232-7450
Kcc@fmcolaw.com
rmf@fmcolaw.com
plc@fmcolaw.com

Melissa Siebert, Esq.
Baker Hostetler, Esq.
191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901
Tel. No.: 312 416-6212
msiebert@bakerlaw.com

*Attorney for PlanetTechs, LLC d/b/a TransTechs*

Andrew Oppenheimer, Esq.
Thomas Michael Wilde, Esq.
Vadder Price, P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
Tel. No.: (312) 609-7500
aoppenheimer@vedderprice.com
twilde@vedderprice.com

*Attorney for Navistar, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 12, 2015, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Melissa Siebert, Esq.
Baker Hostetler, Esq.
191 North Wacker Drive
Suite 3100
Chicago, IL 60606-1901
Tel. No.: 312 416-6212
msiebert@bakerlaw.com

*Attorneys for PlanetTechs, LLC d/b/a TransTechs*

Andrew Oppenheimer, Esq.
Thomas Michael Wilde, Esq.
Vadder Price, P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
Tel. No.: (312) 609-7500
aoppenheimer@vedderprice.com
twilde@vedderprice.com

*Attorneys for Navistar, Inc.*

               /s/Peter L. Currie