UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Jonathon P. Werner
                      Plaintiff,

v.                                                       Case No.: 1:14–cv–06714
                                                       Honorable Edmond E. Chang

Navistar, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2015:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed without prejudice, each side to bear its own fees and costs. Status hearing of 02/18/2015 is vacated. The case is dismissed without prejudice and with full leave to reinstate via motion by 03/27/2015. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.